# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (___)<br><br>Joint Administration Pending |
| BOY SCOUTS OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>A.A., *et al*,[2]<br><br>               Defendants. | Adv. Pro. No. 20-50527 (___)<br><br>**Re: D.I. 10** |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF DECLARATION OF BRUCE A. GRIGGS IN SUPPORT OF THE BSA'S MOTION FOR A PRELIMINARY INJUNCTION PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that, on February 18, 2020, the Boy Scouts of America (the "BSA"), as the non-profit corporation that is a debtor and debtor-in-possession in the above-captioned bankruptcy case and plaintiff in this adversary proceeding filed the *Declaration of Bruce A. Griggs in Support of the BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code* (the "Griggs Declaration") under seal.

PLEASE TAKE FURTHER NOTICE that, in connection with the filing of the Griggs Declaration under seal, the BSA filed the *Plaintiff's Motion for Entry of an Order Authorizing the Debtors to File Under Seal (I) Exhibit A to the Complaint and (II) the Griggs Declaration* (the "Motion to Seal").[3]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] A full list of the Defendants in this adversary proceeding is included in redacted form in on Exhibit A attached hereto to protect the privacy interests of abuse victims. An unredacted version of this Complaint and Exhibit A hereto will be served on each Defendant's counsel.

[3] Capitalized terms not defined herein are defined in the Motion to Seal.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 9018-1(d), and as set forth in the Motion to Seal, attached hereto as **Exhibit A** is a redacted copy of the Griggs Declaration.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: February 18, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>            aremming@mnat.com<br>            jbarsalona@mnat.com<br>            ptopper@mnat.com<br>            emoats@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>James F. Conlan (*pro hac vice* pending)<br>Thomas A. Labuda (*pro hac vice* pending)<br>Michael C. Andolina (*pro hac vice* pending)<br>William A. Evanoff (*pro hac vice* pending)<br>Matthew E. Linder (*pro hac vice* pending)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: jconlan@sidley.com<br>            tlabuda@sidley.com<br>            mandolina@sidley.com<br>            wevanoff@sidley.com<br>            mlinder@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (*pro hac vice* pending)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTORS<br>AND DEBTORS IN POSSESSION |