**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| BOY SCOUTS OF AMERICA<br><br>         Plaintiff,<br><br>    v.<br><br>A.A., et al.,[2]<br><br>         Defendants. | Adv. Pro. No. 20-50527 (LSS) |

## AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 30, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be served by the method set forth on the Service List attached hereto as **Exhibit A**.

- Notice of Filing of Amended Schedule 1 to Consent Order [Adv. Docket No. 68]

Dated: May 1, 2020

                                   _Jorge Rodriguez_
                                   Jorge Rodriguez

| | | |
|---|---|---|
| {State of California | } | Omni Agent Solutions |
| { | } ss. | 5955 DeSoto Avenue, Suite #100 |
| {County of Los Angeles | } | Woodland Hills, CA 91367 |

Subscribed and sworn to (or affirmed) before me on this 1st day of May , 20 20 by Jorge Rodriguez proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## EXHIBIT A

**EXHIBIT A**
Served as forth below

| Description | Name | Attention | Mailing Address | Email | Method of Service |
|---|---|---|---|---|---|
| Counsel for Plaintiff | Alexander Law Group LLP | Richard Alexander | 99 Almaden Blvd., Suite 575<br>San Jose, CA 95113 | | Overnight |
| Counsel for Plaintiff | Andreozzi & Associates, P.C. | Nathaniel Foote | 111 N. Front Street<br>Harrisburg, PA 17101 | | Overnight |
| Counsel for Plaintiff | Bass Law, LLC | Dondra Bass O'Neal, Esq. | 24 Commerce Place, Suite A<br>Savannah, GA 31406 | dondra@bassinjurylaw.com | Email |
| Counsel for Plaintiff | Belluck & Fox, LLP | Kristina Georgiou | 546 5th Avenue, 5th Floor<br>New York, New York 10036 | kgeorgiou@belluckfox.com | Email |
| Counsel for Plaintiff | Berman O'Connor & Mann | Michael J. Berman | 111 Chalan Santo Papa<br>Suite 503, Bank of Guam Bldg.<br>Hagatna, Guam 96910 | mjberman@pacificlawyers.law | Email |
| Counsel for Plaintiff | Bleakley Platt & Schmidt, LLP | William P. Harrington<br>Adam Rodriguez | One North Lexington Avenue<br>White Plains, NY 10601 | wpharrington@bpslaw.com<br>arodriguez@bpslaw.com | Email |
| Counsel for Plaintiff | Bonina & Bonina, P.C. | John Bonina<br>Andrea E. Bonina | 16 Court Street - Suite 1800<br>Brooklyn, New York 11241 | | Overnight |
| Counsel for Plaintiff | Brautigam & Brautigam, L.L.P. | Daryl P. Brautigam | 32 White Street<br>P.O. Box 210<br>Fredonia, New York 14063-0210 | darylbrautigam@brautigamlaw.com | Email |
| Counsel for Plaintiff | Chipman, Brown, Cicero & Cole, LLP | Mark L. Desgrosseilliers | Hercules Plaza<br>1313 North Market St, Ste 5400<br>Wilmington, DE 19801 | desgross@chipmanbrown.com | Email |
| Counsel for Plaintiff | Clark, Hunt, Ahern & Embry | Jonathan A. Barnes | 150 Cambridgepark Drive<br>Cambridge, MA 02140 | jbarnes@chelaw.com | Email |
| Counsel for Plaintiff | Crew Janci LLP | Stephen F. Crew<br>Peter B. Janci<br>Andria K. Seo<br>William Stewart | 1650 NW Naito Parkway, Suite 125<br>Portland, OR 97209 | steve@crewjanci.com<br>peter@crewjanci.com<br>andria@crewjanci.com<br>will@crewjanci.com | Email |
| Counsel for Plaintiff | David A. Jaskowiak | David A. Jaskowiak | 815 Greenwood Avenue, Suite 14<br>Jenkintown, PA 19046 | | Overnight |
| Counsel for Plaintiff | Davis Miles McGuire Gardner, PLLC | Michael E. Medina, Jr.,<br>Steven Weinberger, and<br>Dwayne D. Burns | 40 E. Rio Salado Parkway, Suite 425<br>Tempe, AZ 85281 | mmedina@davismiles.com<br>sweingerberger@davismiles.com<br>dburns@davismiles.com | Email |
| Counsel for Plaintiff | Dougherty Law Firm, P.A. | Adam T. Dougherty | 3333 W. Commercial Boulevard, Suite 115<br>Fort Lauderdale, Florida 33309 | adam@wetrycases.com<br>giancarlo@wetrycases.com | Email |
| Counsel for Plaintiff | Dreyer Boyajian LLP | Joshua R. Friedman, Esq. | 75 Columbia Street<br>Albany, New York 12210 | jfriedman@dblawny.com | Email |
| Counsel for Plaintiff | Dumas & Vaughn, Attorneys at Law | Ashley L. Vaughn<br>Gilion C. Dumas | 3835 NE Hancock Street, Suite GL-B<br>Portland, OR 97212 | ashley@dumasandvaughn.com<br>gilion@dumasandvaughn.com | Email |
| Counsel for Plaintiff | Edmiston & Colton Law Firm | Shane Colton<br>Tanis M. Holm | 310 Grand Avenue<br>Billings, MT 59101 | scolton@yellowstonelaw.com<br>tholm@yellowstonelaw.com | Email |
| Counsel for Plaintiff | Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | Stewart J. Eisenberg<br>Joshua B. Schwartz | 1634 Spruce Street<br>Philadelphia, PA 19103 | stewart@erlegal.com<br>josh@erlegal.com<br>info@erlegal.com | Email |
| Counsel for Plaintiff | Emery Celli Brinckerhoff & Abady LLP | Debra L. Greenberger | 600 Fifth Avenue, 10th Floor<br>New York, New York 10020 | dgreenberger@ecbalaw.com | Email |
| Counsel for Plaintiff | Fanizzi & Barr, P.C. | Paul Barr | 2303 Pine Ave.<br>Niagara Falls, NY 14301 | pbarr@fanizziandbarr.com | Email |
| Counsel for Plaintiff | Fields and Associates LLC | Larry S. Fields | S. 18th Street - Suite 425<br>St. Louis, MO 63101 | lsf19@msn.com | Email |
| Counsel for Plaintiff | Frank M. Bogulski, Esq. | Frank M. Bogulski | 286 Delaware Avenue, Suite B<br>Buffalo, New York 14202 | frank@lawmanfrank.com | Email |
| Counsel for Plaintiff | Gallik, Bremer & Molloy, P.C. | James P. Molloy | 777 East Main Street, Suite 203<br>P.O. Box 70<br>Bozeman, MT 59771 | jim@galliklawfirm.com | Email |
| Counsel for Plaintiff | Gianforcaro Law | Gregory G. Gianforcaro | 80 South Main Street<br>Phillipsburg, New Jersey 08865 | gianforcarolaw@msn.com | Email |
| Counsel for Plaintiff | Goff Law Group LLC | Brooke A. Goff, Esq. | 2475 Albany Avenue, Suite 205<br>West Hartford, CT 06117 | brooke@gofflawgroup.net | Email |
| Counsel for Plaintiff | Green & Gillispie Attorneys at Law | Joshua P. Gillispie | 1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | josh@greenandgillispie.com | Email |
| Counsel for Plaintiff | Gregory J. Cannata & Associates, LLP | Robert Cannata | 60 East 42 Street, Suite 932<br>New York, NY 10165 | rcannata@cannatalaw.com | Email |
| Counsel for Plaintiff | Gruel Mills Nims & Pylman PLLC | William M. Azkoul,<br>Thomas R. Behm, and<br>Laura B. Danielson | 99 Monroe Avenue NW, Suite 800<br>Grand Rapids, MI 49503 | wmazkoul@gmnp.com | Email |
| Counsel for Plaintiff | Herman Law | Jeff Herman<br>Stuart S. Mermelstein<br>Daniel G. Ellis<br>Jason S. Sandler | 434 W. 33rd St., Penthouse<br>New York, NY 10001 | jherman@hermanlaw.com<br>smermelstein@hermanlaw.com<br>dellis@hermanlaw.com<br>jsandler@hermanlaw.com | Email |
| Counsel for Plaintiff | Hirshfield & Costanzo, P.C. | Jeremy D. Barberi | 190 East Post Road, Suite 402<br>White Plains, NY 10601 | | Overnight |
| Counsel for Plaintiff | Hollis K. McMilan, P.C. | Hollis K. McMilan | 805 SW Broadway, Ste 1900<br>Portland, OR 97205 | hmcmilan@hkmlaw.com | Email |
| Counsel for Plaintiff | Hopkins Law Office, P.L.L.C., and | Patrick J. Hopkins | 1415 28th Street, Ste. 160<br>West Des Moines, IA 50266 | pjh@hopkinslawiowa.com | Email |
| Counsel for Plaintiff | Hurley McKenna & Mertz | Evan M. Smola<br>Christopher T. Hurley | 33 North Dearborn Street, Suite 1430<br>Chicago, IL 60602 | ESmola@hurley-law.com | Email |
| Counsel for Plaintiff | Jacobs & Crumplar, P.A. | Raeann Warner<br>Thomas C. Crumplar | 750 Shipyard Dr, Ste 200<br>Wilmington, DE 19801 | Raeann@jcdelaw.com<br>Tom@jcdelaw.com | Email |
| Counsel for Plaintiff | James, Vernon & Weeks, P.A. | Leander James III<br>Craig Vernon, and | 20 Vesey Street, 7th Floor<br>New York, NY 10007<br><br>1626 Lincoln Way<br>Coeur d'Alene, ID 83815 | ljames@jvwlaw.net<br>cvernon@jvwlaw.net | Email |
| Counsel for Plaintiff | Janet, Janet & Suggs, LLP | Andrew S. Janet<br>Seth I. Cardeli<br>Gerald D. Jowers, Jr. | 4 Reservoir Circle, Suite 200<br>Baltimore, Maryland 21208<br><br>500 Taylor St., Ste. 301<br>Columbia, SC 29201 | asjanet@jjsjustice.com<br>gjowers@jjsjustice.com | Email |

**EXHIBIT A**
Served as forth below

| Description | Name | Attention | Mailing Address | Email | Method of Service |
|---|---|---|---|---|---|
| Counsel for Plaintiff | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins | Eric G. Kahn | 505 Morris Avenue<br>Springfield, NJ 07081 | ekahn@lawjw.com | Email |
| Counsel for Plaintiff | Jeff Anderson & Associates, P.A. | Jeffrey R. Anderson<br>Trusha Goffe<br>J. Michael Reck<br>Patrick Stoneking | 55 West 39th Street, 11th Floor<br>New York, New York 10018<br><br>505 Thornall Street, Suite 405<br>Edison, NJ 08837<br><br>366 Jackson Street, Suite 100<br>Saint Paul, MN 55101 | jeff@andersonadvocates.com<br>trusha@andersonadvocates.com<br>mreck@andersonadvocates.com<br>pstoneking@andersonadvocates.com | Email |
| Counsel for Plaintiff | John R. Williams | John R. Williams | 51 Elm Street<br>New Haven, CT 06510 | jrw@johnrwilliams.com | Email |
| Counsel for Plaintiff | Kafoury & McDougal | Mark McDougal | 411 SW Second Avenue, Suite 200<br>Portland, OR 97204 | mcdougal@kafourymcdougal.com | Email |
| Counsel for Plaintiff | Kaufman Lieb Lebowitz & Frick | David A. Lebowitz | 10 E. 40th St, Suite 3307<br>New York, NY 10016 | dlebowitz@klflaw.com | Email |
| Counsel for Plaintiff | Kevin T. Stocker, Esq. | Kevin T. Stocker, Esq. | 2645 Sheridan Drive<br>Tonawanda, New York 14150 | kstockeresq@yahoo.com | Email |
| Counsel for Plaintiff | LaFave, Wein & Frament, PLLC | Cynthia S. LaFave, Esq.,<br>Jason Frament, Esq. | 2400 Western Avenue<br>Guilderland, New York 12084 | | Overnight |
| Counsel for Plaintiff | Laura A. Ahearn | Laura A. Ahearn | 3075 Veterans Memorial Highway, Ste. 200<br>Ronkonkoma, NY 11779 | lahearn@lauraahearn.com | Email |
| Counsel for Plaintiff | Law Office of Anthony C. Perez | Anthony C. Perez | 238 Archbishop Flores Street<br>Suite 802, DNA Building<br>Hagatna, Guam 96910 | acp@perezlawguam.com | Email |
| Counsel for Plaintiff | Law Office of Mark Gallagher | Mark Gallagher, Esq | 66 Kaiholu Place<br>Kailua, Hawaii 96734 | mgallagher@hawaiiantel.net | Email |
| Counsel for Plaintiff | Law Office of Patrick Sorsby | Patrick Sorsby, Esq. | 1568 Central Avenue<br>Albany, New York 12205 | sorsbylaw@gmail.com | Email |
| Counsel for Plaintiff | Law Offices of Brad D. Hall, LLC | Brad D. Hall,<br>Levi A. Monagle, and<br>Lisa P. Ford | 320 Gold AV SW #1218<br>Albuquerque, NM 87102 | brad@bhallfirm.com | Email |
| Counsel for Plaintiff | Law Offices of Mitchell Garabedian | Mitchell Garabedian<br>William M. Gordon | 112 Madison Avenue<br>New York, NY 10016 | mgarabedian@garabedianlaw.com<br>wgordon@garabedianlaw.com | Email |
| Counsel for Plaintiff | Leisawitz Heller Abramowitch Phillips, P.C. | Kenneth Millman<br>Paul F. Troisi | 2755 Century Boulevard<br>Wyomissing, PA 19610 | kmillman@leisawitzheller.com<br>ptroisi@leisawitzheller.com | Email |
| Counsel for Plaintiff | Lindsay Hart, LLP | James L. Dumas<br>Jay Beattie | 1300 SW Fifth Avenue, Suite 3400<br>Portland, OR 97201 | jdumas@lindsayhart.com<br>jbeattie@lindsayhart.com | Email |
| Counsel for Plaintiff | Lipsitz Green Scime Cambria LLP | Richard P. Weisbeck, Jr.<br>Christina M. Croglio | 42 Delaware Avenue, Suite 120<br>Buffalo, New York 14202-3924 | rweisbeck@lglaw.com<br>ccroglio@lglaw.com | Email |
| Counsel for Plaintiff | Lowey Dannenberg, P.C. | Barbara J. Hart,<br>Scott V. Papp<br>Anthony Christina | 44 South Broadway, Suite 1100<br>White Plains, NY 10601-2301 | bhart@lowey.com<br>spapp@lowey.com<br>achristina@lowey.com | Email |
| Counsel for Plaintiff | Lujan & Wolff LLP | David J. Lujan | 238 Archbishop Flores Street<br>Suite 300, DNA Building<br>Hagatna, Guam 96910 | djl@lawguam.com | Email |
| Counsel for Plaintiff | Marsh Law Firm PLLC | James R. Marsh<br>Robert Y. Lewis | 151 East Post Road, Suite 102<br>White Plains, NY 10601-5210 | jamesmarsh@marsh.law<br>robertlewis@marsh.law | Email |
| Counsel for Plaintiff | Marsh Law Firm PLLC | Jennifer Freeman | 356 Golfview Road, Suite 1207<br>North Palm Beach, FL 33408 | jenniferfreeman@marsh.law | Email |
| Counsel for Plaintiff | Meinhart, Smith & Manning, PLLC | Harry B. O'Donnell IV<br>Chris Meinhart<br>Brett H. Oppenheimer | 222 East Witherspoon, Suite 401<br>Louisville, KY 40202<br><br>Watterson West Office Building<br>1941 Bishop Lane, Suite 706<br>Louisville, KY 40218-1937 | | Overnight |
| Counsel for Plaintiff | Merson Law, PLLC | Jordan K. Merson | 150 East 58th Street, 34th Floor<br>New York, New York 10155 | jmerson@mersonlaw.com | Email |
| Counsel for Plaintiff | Michael G. Dowd | Michael G. Dowd | 600 Third Avenue, 15th Floor<br>New York, New York 10016 | michaelgdowd@gmail.com | Email |
| Counsel for Plaintiff | Morgan & Morgan, P.A. | Paul L. SanGiovanni<br>Cari Whitmire | 20 N. Orange Ave., Suite 1600<br>P.O. Box 4979 (32802-4979)<br>Orlando, FL 32801 | psangi@forthepeople.com<br>cwhitmire@forthepeople.com<br>mmorgan@forthepeople.com<br>kdimeglio@forthepeople.com | Email |
| Counsel for Plaintiff | Nagel Rice, LLP | Bruce H. Nagel<br>Bradley L. Rice | 103 Eisenhower Parkway, Suite 103<br>Roseland, NJ 07068 | bnagel@nagelrice.com<br>brice@nagelrice.com | Email |
| Counsel for Plaintiff | Nixon, Vogelman, Slawsky & Simoneau, P.A. | Kirk C. Simoneau | 77 Central Street<br>Manchester, NH 03101 | ksimoneau@davenixonlaw.com | Email |
| Counsel for Plaintiff | Noaker Law Firm LLC | Patrick Noaker | 1600 Utica Avenue S., 9th Floor<br>St. Louis Park, MN 55416 | Patrick@noakerlaw.com | Email |
| Counsel for Plaintiff | Nye, Peabody, Stirling, Hale & Miller, LLP | Timothy C. Hale | 33 West Mission Street, Suite 201<br>Santa Barbara, California 93101 | timothy@nps-law.com | Email |
| Counsel for Plaintiff | Okun, Oddo & Babat, P.C. | David M. Oddo | 8 West 38th Street, Suite 1002<br>New York, New York 10018 | do@oddobabat.com | Email |
| Counsel for Plaintiff | Padberg, Corrigan & Applebaum | Nicole Burlison Knepper<br>Matthew J. Padberg<br>Michael P. Corrigan | 1926 Chouteau Avenue<br>St. Louis, MO 63103 | mjp@padberglaw.com<br>nicole@padberglaw.com | Email |
| Counsel for Plaintiff | Panish Shea & Boyle LLP | Spencer R. Lucas | 11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, California 90025 | lucas@psblaw.com | Email |
| Counsel for Plaintiff | Pashamn Stein Walker Hayden | Justin P. Walder | Court Plaza South<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601 | jpwalder@pashmanstein.com | Email |
| Counsel for Plaintiff | Patrick Malone & Associates, P.C., and | Patrick A. Malone<br>Daniel C. Scialpi | 1310 L Street, N.W., Suite 800<br>Washington, D.C. 20036 | pmalone@patrickmalonelaw.com<br>Dscalpi@patrickmalonelaw.com | Email |
| Counsel for Plaintiff | Paul Mones, P.C. | Paul Mones, and<br>Courtney Kiehl | 13101 Washington Blvd., Suite 221<br>Los Angeles, CA 90066 | paul@paulmones.com | Email |
| Counsel for Plaintiff | Penn Law | Darren W. Penn,<br>Alexandra "Sachi" Cole | 4200 Northside Parkway, NW<br>Building One, Suite 100<br>Atlanta, GA 30327 | darren@pennlawgroup.com<br>sachi@pennlawgroup.com | Email |

**EXHIBIT A**
Served as forth below

| Description | Name | Attention | Mailing Address | Email | Method of Service |
|---|---|---|---|---|---|
| Counsel for Plaintiff | Pfau Cochran Vertetis Amala PLLC | Michael T. Pfau<br>Jason P. Amala<br>Anelga Doumanian<br>Vincent Nappo | 403 Columbia Street, Suite 500<br>Seattle, WA 98104 | michael@pcvalaw.com<br>jason@pcvalaw.com<br>adoumanian@pcvalaw.com<br>vappo@pcvalaw.com | Email |
| Counsel for Plaintiff | Phelan Petty, PLC | Jonathan M. Petty<br>Brielle M. Hunt | 6641 W. Broad Street, Ste. 406<br>Richmond, VA 23230 | jpetty@phelanpetty.com<br>bhunt@phelanpetty.com | Email |
| Counsel for Plaintiff | Phillips & Paolicelli, LLP | Diane Paolicelli<br>Michael DeRuve | 747 Third Avenue, Sixth Floor<br>New York, NY 10017 | dpaolicelli@p2law.com<br>mderuve@p2law.com | Email |
| Counsel for Plaintiff | Pro se | Frank Joseph Schwindler | Phillips State Prison<br>2989 W. Rock Quarry Road<br>Buford, GA 30519-4118<br>State Serial Number: 323208 | nundawao@gmail.com | Email |
| Counsel for Plaintiff | Rebenack, Aronow & Mascolo, LLP | J. Silvio Mascolo | 111 Livingston Ave.<br>New Brunswick, NJ 08901 | jmascolo@ram.law | Email |
| Counsel for Plaintiff | Roberts Fowler & Visosky LLP | Kevin J. Fowler, Esq. | 865 South Marine Corps Drive, Suite 201<br>Tamuning, Guam 96913 | fowler@guamlawoffice.com | Email |
| Counsel for Plaintiff | Robins Kaplan LLP | Patrick Stoneking<br>Nahid A. Shaikh<br>Rayna E. Kessler<br>Tara D. Sutton<br>Roman M. Silberfeld | 399 Park Avenue, Suite 3600<br>New York, NY 10022<br><br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br><br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067 | pstoneking@robinskaplan.com<br>nshaikh@robinskaplan.com<br>rkessler@robinskaplan.com<br>tsutton@robinskaplan.com<br>rsilberfeld@robinskaplan.com | Email |
| Counsel for Plaintiff | Rothstein Donatelli, LLP | Paul M. Linnenburger,<br>Carolyn "Cammie" Nichols<br>Carolina "KC" Manierra | 500 4th Street, N.W., Suite 400<br>Albuquerque, NM 87102<br><br>1215 Paseo de Peralta<br>Post Office Box 8180<br>Santa Fe, NM 87504-8180 | plinnenburger@rothsteinlaw.com<br>cmnichols@rothsteinlaw.com<br>cmanierre@rothsteinlaw.com | Email |
| Counsel for Plaintiff | Rubenstein & Rynecki, Esqs. | Sanford Rubenstein, Esq. | 16 Court Street, Suite 1717<br>Brooklyn, New York 11241 | attyrubenstein@aol.com | Email |
| Counsel for Plaintiff | Ryder Law Firm | Jesse P. Ryder | 6739 Myers Road<br>East Syracuse, NY 13057 | ryderlawfirm@gmail.com | Email |
| Counsel for Plaintiff | Silver & Kelmachter, LLP | Sameer Nath, Esq. | 11 Park Place, Suite 1503<br>New York, New York 10007 | snath@silverkelmachter.com | Email |
| Counsel for Plaintiff | Silver Golub & Teitell LLP | Paul A. Slager<br>Jennifer B. Goldstein | 184 Atlantic Street<br>Stamford, CT 06901 | jgoldstein@sgtlaw.com | Email |
| Counsel for Plaintiff | Simmons Hanly Conroy LLC | Paul J. Hanly, Jr.<br>Jayne Conroy<br>Andrea Bierstein<br>Trent B. Miracle | 112 Madison Avenue<br>New York, NY 10016 | phanly@simmonsfirm.com<br>jconroy@simmonsfirm.com<br>abierstein@simmonsfirm.com<br>tmiracle@simmonsfirm.com | Email |
| Counsel for Plaintiff | Stark & Stark | Michael G. Donahue, III<br>Joseph H. Lemkin | PO Box 5315<br>Princeton, NJ 08543<br><br>993 Lenox Drive,<br>Lawrenceville, NJ 08648 | mdonahue@stark-stark.com jlemkin@stark-stark.com | Email |
| Counsel for Plaintiff | Stobierski & Connor | John P. Connor, Esq. | 377 Main Street<br>Greenfield, MA 01301 | jconnor@stobierski.com | Email |
| Counsel for Plaintiff | Swartz & Swartz, P.C. | James A. Swartz<br>Alan L. Cantor | 10 Marshall Street<br>Boston, MA 02108 | jswartz@swartzlaw.com<br>acantor@swartzlaw.com | Email |
| Counsel for Plaintiff | Sweeney, Reich & Bolz, LLP | Gerard J. Sweeney, Esq. | 1981 Marcus Avenue, Suite 200<br>Lake Success, NY 11042 | gkosmakos@srblawfirm.com<br>gsweeney@srblawfirm.com | Email |
| Counsel for Plaintiff | The Neuberger Firm | Thomas S. Neuberger<br>Stephen J. Neuberger | 17 Harlech Dr<br>Wilmington, DE 19807 | tsn@neubergerlaw.com<br>sjn@neubergerlaw.com | Email |
| Counsel for Plaintiff | Thomas Law Offices, PLLC | Tad Thomas<br>Lindsay Anne Cordes<br>Louis C. Schneider | 9418 Norton Commons Boulevard, Suite 200<br>Louisville, KY 40059 | tad@thomaslawoffices.com<br>lindsay.cordes@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com | Email |
| Counsel for Plaintiff | Tiwald Law, P.C. | John Tiwald, and<br>John R. Reidy | 6121 Indian School Road NE, Suite 210<br>Albuquerque, NM 87110-3179 | john@tiwaldlaw.com<br>jay@tiwaldlaw.com | Email |
| Counsel for Plaintiff | Tolmage, Peskin, Harris & Falick | Stephan H. Peskin | 20 Vesey Street, 7th Floor<br>New York, NY 10007 | peskin@tolmagepeskinlaw.com | Email |
| Counsel for Plaintiff | Tremont Sheldon Robinson Mahoney P.C. | Cindy L. Robinson<br>Doug Mahoney | 64 Lyon Terrace<br>Bridgeport, CT 06604 | crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | Email |
| Counsel for Plaintiff | Van Zanten & Onik, L.L.C. | Hans H. Van Zanten, and<br>Thomas R. Onik | 1100 Main Street, Suite 1645<br>Kansas City, MO 64105 | hvanzanten@vzolaw.com<br>tonik@vzolaw.com | Email |
| Counsel for Plaintiff | Wayne A. Ely, Esq. | Wayne A. Ely | 59 Andrea Drive<br>Richboro, PA 18954 | wayne3236@gmail.com | Email |
| Counsel for Plaintiff | Wiley Malehorn Sirota & Raynes | James M. McCreedy | 250 Madison Avenue<br>Morristown, NJ 07960 | jmccreedy@wmsrlaw.com | Email |
| Counsel for Plaintiff | Zuckerman Spaeder LLP | Carl S. Kravitz,<br>Caroline Judge Mehta,<br>Aitan D. Goelman,<br>Andrew N. Goldfarb,<br>Nicholas M. DiCarlo, and<br>Avery F. Pollard | 1800 M St. NW, Suite 1000<br>Washington, DC 20036 | ckravitz@zuckerman.com<br>cmehta@zuckerman.com<br>agoelman@zuckerman.com<br>agoldfarb@zuckerman.com<br>ndicarlo@zuckerman.com<br>apollard@zuckerman.com | Email |