# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| BOY SCOUTS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>A.A., *et al.*,[2]<br><br>Defendants. | Adv. Pro. No. 20-50527 (LSS)<br><br>**Related Adv. Docket No. 54** |

## NOTICE OF FILING OF STIPULATION AND AGREED EXTENSION ORDER

**PLEASE TAKE NOTICE** that, on March 30, 2020, the Court entered the *Consent Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Granting the BSA's Motion for a Preliminary Injunction* [Docket No. 54] (the "Consent Order").[3]

**PLEASE TAKE FURTHER NOTICE** that the Consent Order stayed each of the Pending Abuse Actions identified on Schedule 1 attached thereto as to the BSA Related Parties identified on Schedule 2 attached thereto, to and including May 18, 2020 (the "Termination Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 12 of the Consent Order, upon mutual agreement between the Boy Scouts of America ("BSA"), the official committee of unsecured creditors (the "Creditors' Committee"), and the official committee of

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, Texas 75038.

[2] A full list of the Defendants in this adversary proceeding is included in redacted form on Exhibit A to the BSA's Verified Complaint for Injunctive Relief [Adv. Docket No. 14-1] to protect the privacy interests of abuse victims.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Consent Order.

survivors of abuse (the "Tort Claimants' Committee"), the Termination Date may be extended by stipulation.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Consent Order, attached hereto as **Exhibit A** is an executed stipulation (the "Stipulation and Agreed Extension Order") signed by BSA, the Creditors' Committee, and the Tort Claimants' Committee, and approved by the Ad Hoc Committee of Local Councils of the Boy Scouts of America, to extend the Termination Date and further stay the Pending Abuse Actions and Further Abuse Actions (a list of which is attached as Exhibit 1 to the Stipulation) as to the BSA Related Parties (a list of which is attached as Exhibit 2 to the Stipulation), to and including **June 8, 2020**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 12 of the Consent Order, objections, if any, to the Stipulation and Agreed Extension Order must be: (a) in writing and served on or before **June 2, 2020, at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that any replies by the Debtors will be filed in accordance with Local Rule 9006-1(d).

**PLEASE TAKE FURTHER NOTICE** that, to the extent any objections are filed before the Objection Deadline, a hearing on the Stipulation and Agreed Extension Order will be held **on a date to be determined by the Court** before the Honorable Laurie Selber Silverstein of the United States Bankruptcy Court for the District of Delaware.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: May 18, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>        aremming@mnat.com<br>        emoats@mnat.com<br>        ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>William E. Curtin<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br>        wcurtin@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>William A. Evanoff<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>        mandolina@sidley.com<br>        wevanoff@sidley.com<br>        mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |