# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br> (Jointly Administered) |
| Boy Scouts of America, <br><br>                  Plaintiff, <br> v. <br><br> A.A., *et al.*, <br><br>                  Defendants | Adv. Pro. No. 20-50527 (LSS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9019-1 and the attached certification, counsel moves the admission *pro hac vice* of Kevin T. Stocker, Esq., to represent KS Does, in connection with the above-captioned adversary action.

Dated: June 1, 2020            GELLERT SCALI BUSENKELL & BROWN, LLC

                                        By:    */s/ Ronald Gellert*
                                                    Ronald S. Gellert (No. 4259)
                                                    1201 N. Orange Street, Suite 300
                                                    Wilmington, DE 19801
                                                    Telephone: (302) 425-5806
                                                    Email: rgellert@gsbblaw.com

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* counsel's Motion for Admission *Pro Hac Vice* is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 1, 2020       */s/ Kevin T. Stocker, Esq.*
              Kevin T. Stocker, Esquire
              Law Offices of Kevin T. Stocker, Esq., P.C.
              2645 Sheridan Drive
              Tonawanda, NY 14150
              Telephone: (716) 832-3006
              Email: kstockeresq@yahoo.com