# EXHIBIT 2

# BSA RELATED PARTIES

**I.     BSA Affiliated Organizations**

Learning for Life

**II.     Local Councils**

| | |
|---|---|
| Katahdin Area Council | Longhouse Council |
| Pine Tree Council | Five Rivers Council |
| Cape Cod and Islands Council | Iroquois Trail Council |
| Spirit of Adventure Council | Greater Niagara Frontier Council |
| Heart of New England Council | Seneca Waterways Council |
| Mayflower Council | Leatherstocking Council |
| Daniel Webster Council | Green Mountain Council |
| Narragansett Council | Allegheny Highlands Council |
| Connecticut Rivers Council | Juniata Valley Council |
| Greenwich Council | Moraine Trails Council |
| Housatonic Council | Columbia-Montour Council |
| Connective Yankee Council | Bucktail Council |
| Western Massachusetts Council | Westmoreland-Fayette Council |
| Hudson Valley Council | Laurel Highlands Council |
| Theodore Roosevelt Council | French Creek Council |
| Westchester-Putnam Council | Susquehanna Council |
| Suffolk County Council | Chief Cornplanter Council |
| Rip Van Winkle Council | Northern New Jersey Council |
| Greater New York Council | Jersey Shore Council |
| Twin Rivers Council | Monmouth Council |
| Baden-Powell Council | Patriot's Path Council |

| | |
|---|---|
| Northeastern Pennsylvania Council | Pushmataha Area Council |
| Minsi Trail Council | Gulf Coast Council |
| Cradle of Liberty Council | Norwela Council |
| Puerto Rico Council | Texas Trails Council |
| Garden State Council | Golden Spread Council |
| Washington Crossing Council | Circle Ten Council |
| Transatlantic Council | Caddo Area Council |
| Del-Mar-Va Council | East Texas Area Council |
| National Capital Area Council | Northwest Texas Council |
| Baltimore Area Council | Longhorn Council |
| Mason-Dixon Council | South Plains Council |
| Pennsylvania Dutch Council | Capitol Area Council |
| Hawk Mountain Council | Buffalo Trail Council |
| Chester County Council | Bay Area Council |
| New Birth of Freedom Council | Sam Houston Area Council |
| Alabama-Florida Council | South Texas Council |
| Mobile Area Council | Three Rivers Council |
| Calcasieu Area Council | Alamo Area Council |
| Istrouma Area Council | Texas Southwest Council |
| Evangeline Area Council | Rio Grande Council |
| Louisiana Purchase Council | Central Florida Council |
| Southeast Louisiana Council | South Florida Council |
| Choctaw Area Council | Gulf Stream Council |
| Andrew Jackson Council | North Florida Council |
| Pine Burr Area Council | Southwest Florida Council |

| | |
|---|---|
| Greater Tampa Bay Area Council | East Carolina Council |
| Suwannee River Area Council | Old Hickory Council |
| Georgia-Carolina Council | Colonial Virginia Council |
| Daniel Boone Council | Tidewater Council |
| Mecklenburg County Council | Shenandoah Area Council |
| Central North Carolina Council | Blue Ridge Mountains Council |
| Piedmont Council | Heart of Virginia Council |
| Palmetto Council | Stonewall Jackson Area Council |
| Coastal Carolina Council | De Soto Area Council |
| Blue Ridge Council | Westark Area Council |
| Pee Dee Area Council | Quapaw Area Council |
| Indian Waters Council | Arbuckle Area Council |
| Blue Grass Council | Cherokee Area Council |
| Lincoln Heritage Council | Cimarron Council |
| Cherokee Area Council | Last Frontier Council |
| Great Smoky Mountain Council | Indian Nations Council |
| Chickasaw Council | Greater Alabama Council |
| West Tennessee Area Council | Tukabatchee Area Council |
| Middle Tennessee Council | Black Warrior Council |
| Sequoyah Council | Chattahoochee Council |
| Yocona Area Council | Atlanta Area Council |
| Old North State Council | Flint River Council |
| Occoneechee Council | Central Georgia Council |
| Tuscarora Council | South Georgia Council |
| Cape Fear Council | Coastal Georgia Council |

| | |
|---|---|
| Northwest Georgia Council | Winnebago Council |
| Northeast Georgia Council | Northeast Iowa Council |
| Northern Star Council | Greater St. Louis Area Council |
| Twin Valley Council | Great Trail Council |
| Voyageurs Area Council | Buckeye Council |
| Central Minnesota Council | Lake Erie Council |
| Gamehaven Council | Simon Kenton Council |
| Northern Lights Council | Muskigum Valley Council |
| Gateway Area Council | Mountaineer Area Council |
| Samoset Council | Buckskin Council |
| Bay-Lakes Council | Ohio River Valley Council |
| Chippewa Valley Council | Mid-Iowa Council |
| Black Hills Area Council | Coronado Area Council |
| Sioux Council | Santa Fe Trail Council |
| Michigan Crossroads Council | Jayhawk Area Council |
| President Ford FSC Council | Quivira Council |
| Water and Woods FSC Council | Ozark Trails Council |
| Southern Shores FSC Council | Heart of America Council |
| Great Lakes FSC Council | Pony Express Council |
| Prairielands Council | Overland Trails Council |
| Illowa Council | Cornhusker Council |
| W.D. Boyce Council | Mid-America Council |
| Mississippi Valley Council | Great Rivers Council |
| Abraham Lincoln Council | Hoosier Trails Council |
| Hawkeye Area Council | Buffalo Trace Council |

| | |
|---|---|
| Anthony Wayne Area Council | Pacific Harbors Council |
| Crossroads of America Council | Grand Columbia Council |
| Sagamore Council | Midnight Sun Council |
| La Salle Council | Oregon Trail Council |
| Dan Beard Council | Pikes Peak Council |
| Tecumseh Council | Denver Area Council |
| Miami Valley Council | Longs Peak Council |
| Black Swamp Area Council | Rocky Mountain Council |
| Erie Shores Council | Grand Teton Council |
| Three Fires Council | Snake River Council |
| Northeast Illinois Council | Montana Council |
| Pathway to Adventure Council | Trapper Trails Council |
| Glacier's Edge Council | Great Salt Lake Council |
| Three Harbors Council | Utah National Parks Council |
| Potawatomi Area Council | Greater Wyoming Council |
| Blackhawk Area Council | Alameda Council |
| Rainbow Council | Mount Diablo Silverado Council |
| Ore-Ida Council | Sequoia Council |
| Crater Lake Council | San Francisco Bay Area Council |
| Cascade Pacific Council | Pacific Skyline Council |
| Blue Mountain Council | Marin Council |
| Mount Baker Council | Redwood Empire Council |
| Chief Seattle Council | Piedmon Council |
| Great Alaska Council | Golden Empire Council |
| Inland Northwest Council | Silicon Valley Monterey Bay Council |

- Greater Yosemite Council
- Nevada Area Council
- Southern Sierra Council
- Long Beach Area Council
- Greater Los Angeles Area Council
- Orange County Council
- California Inland Empire Council
- Western Los Angeles County Council
- Los Padres Council
- Venture County Council
- Verdugo Hills Council
- Grand Canyon Council
- Catalina Council
- San Diego-Imperial Council
- Aloha Council
- Las Vegas Area Council
- Great Southwest Council
- Conquistador Council
- Yucca Council
- Far East Council
- Finger Lakes Council
- Otetiana Council
- Land of the Oneidas Council
- Fort Stanwix Council
- Burlington County Council
- Manhattan Council
- Nassau County Council
- Washington Irving Council
- Brooklyn Council
- Queens Council
- St. Lawrence Council
- Seaway Valley Council
- Olympic Area Council
- Bronx Council
- Hudson Valley Council
- Steuben Area Council
- Sullivan Trail Council
- Adirondack Council
- Jefferson-Lewis Council
- Governor Clinton Council

### III. Named Chartered Organizations

All Saints R.C. Church

Archdiocese of New York

Audubon Baptist Church

Big Cross Elementary School

Bishop Turner High School

Calasanctius School of Buffalo

Canisius High School of Buffalo

Capuchin Franciscans

Capuchin Franciscans Custody of Star of the Sea

Capuchin Franciscans Province of St. Mary

Carmel of the Immaculate Concepcion

Cascade Charter Township

Church of the Holy Innocents

City of Bloomingdale, Georgia

Corporation of the President of the Church of Jesus Christ of Latter-Day Saints

Country Farm Supply

Diocese of Brooklyn

Diocese of Buffalo

Discalced Carmelite Nuns (O.C.D.) a.k.a. Order of Discalced Carmelites

First Baptist Church of Danville d/b/a Boy Scout Troop 354

First Baptist Church of Gainesville

Glens Falls City School District

Greek Orthodox Archdiocese of America

Holy Family Church

Holy Family R.C. Church

House of Hope Presbyterian Church

Immaculate Conception R.C. Church

Mohawk District of the Northern New York Annual Conference of the Methodist

Episcopal Church of New York

Monastery of Christ in the Desert

Our Lady of Lourdes Catholic School

Our Savior Lutheran Church

Queen of Peace R.C. Church

Reformation Lutheran Church

Regis High School

Roman Catholic Archdiocese of New York, Archdiocese of New York

Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester NY (formerly "Church of the Annunciation of Rochester, New York"), a religious corporation

Sacred Heart - Espanola

Saint John the Baptist Church

School Sisters of Notre Dame Central Pacific Province, Inc.

School Sisters of Notre Dame, Region of Guam

Silver Springs Shores Presbyterian Church, Inc.

Society of Jesus, USA-Northeast Province a/k/a the Jesuits

St. Ambrose Church

St. Benedict Joseph Labre Church

St. Benedict Joseph Labre School

St. Bridget's R.C. Church

St. Catherine's Roman Catholic Church

St. Catherine's Roman Catholic Church School

St. Demetrios Greek Orthodox Church

St. Francis of Assisi Roman Catholic Church

St. Francis Xavier Church

St. Helena Parish

St. John Gualbert's R.C. Church

St. John Vianney R.C. Church

St. Josephat's R.C. Church

St. Nicholas of Tolentine

St. Pauls R.C. Church

St. Pius V

St. Pius X Catholic Church of Rochester, Minnesota

St. Teresa Parish a/k/a Church of St. Teresa of the Infant Jesus

St. Teresa's R.C. Church

The Blessed Trinity R.C. Church

The Diocese of Rochester (a/k/a "Roman Catholic Diocese of Rochester"), a religious corporation

The Foundation of the Roman Catholic Diocese of Buffalo N.Y., Inc.

The Pingry School

The Roman Catholic Diocese of Syracuse

The School Sisters of Notre Dame, Milwaukee Province, Inc.

Town Of Deerfield

University Heights Presbyterian Church

USA Northeast Province of the Society of Jesus

Weedsport Central School District

Weedsport Central School District Board of Education

Faith Lutheran Church

New Hope Lutheran Church

Montana Synod of the Evangelical Lutheran Church in America Inc.

Moose Lodge Libby

Moose International

St. Michael's Church

Sarah Jane United Methodist Church

Church of the Holy Trinity

St. Stanislaus Kostka Catholic Church

Alliance Church

Catholic Church of St. John the Baptist and Transfiguration of Our Lord Parish

Bethel Commandment Church of the Living God of New Jersey, Inc.

Mount Laurel Fire Department

Our Lady of Guadalupe at St. Bernard

Fork Lane School

Dutch Lane School

Lee Avenue Elementary School

Hicksville Union Free School District

Archer Street School

Freeport Union Free School District

Our Holy Redeemer School

Diocese of Rockville Centre

St. Patrick's Catholic Academy

St. Mary and St. Antonios Coptic Orthodox Church

The Coptic Orthodox Diocese of New York and New England

Smithtown Central School District

St. James Elementary School

White Plains School District

George Washington Elementary School

Town of Russell

Russell Town Hall

Russell Methodist Church

Knox Memorial Central School

Edwards-Knox Central School District

Bethal Grange No. 404

Holy Rosary Church

Alexander Fire Department

Catholic Guardian Services A.K.A. Catholic Guardian Society

Grange Hall

Our Lady of Lourdes

First Presbyterian Church of Watervliet, N.Y.