IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| BOY SCOUTS OF AMERICA<br><br>                Plaintiff,<br>   v.<br><br>A.A., et al.,[2]<br><br>               Defendants. | Adv. Pro. No. 20-50527 (LSS)<br><br>**Related Adv. Docket Nos. 6, 7, 53, 54, 56, 57, 58, 74, 75, 77, 80, 82** |

## **AFFIDAVIT OF SERVICE**

I, Colin Linebaugh, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 2, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be served by the method set forth on the Service List attached hereto as **Exhibit A**.

- **Notice of Filing of Amended Schedule 1 to Consent Order [Adv. Docket No. 81].**

- **The BSA's Reply Brief in Further Support of Motion for a Preliminary Injunction Pursuant to Sections 105(A) and 362 of the Bankruptcy Code [Adv. Docket No. 82].**

- **Declaration of Adrian C. Azer in Support of the BSA's Reply Brief in Further Support of Motion for a Preliminary Injunction Pursuant to Sections 105(A) and 362 of the Bankruptcy Code [Adv. Docket No. 83].**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] A full list of the Defendants in this adversary proceeding is included in redacted form on Exhibit A to the BSA's Verified Complaint for Injunctive Relief [Adv. D.I No. 1] to protect the privacy interests of abuse victims.

Dated: July 2, 2020

_(signature)_

Colin Linebaugh

| | | |
|---|---|---|
| {State of California | } | Omni Agent Solutions |
| { | } ss. | 5955 DeSoto Avenue, Suite #100 |
| {County of Los Angeles | } | Woodland Hills, CA 91367 |

Subscribed and sworn to (or affirmed) before me on this 2nd day of July, 2020, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_(signature)_
Notary Public

DARLEEN SAHAGUN
Notary Public — California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# **EXHIBIT A**

**EXHIBIT A**

**Exhibit A**
Service List
Served as set forth below

| Description | Name | Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Party to Proceeding | 831 North Tatnall Street | John R. Weaver, Jr. | Suite 200 | Wilmington, DE 19801 | | | jrweaverlaw@verizon.net | First Class Mail Email |
| Party to Proceeding | Chipman Brown Cicero & Cole, LLP | Mark L. Desgrosseilliers | Hercules Plaza | 1313 North Market Street | Suite 5400 | Wilmington, DE 19801 | desgross@chipmanbrown.com | First Class Mail Email |
| Party to Proceeding | Emery Celli Brinckerhoff & Abady LLP | Debra L. Greenberger | 600 Fifth Avenue | 10th Floor | New York, NY 10020 | | dgreenberger@ecbalaw.com | First Class Mail Email |
| Party to Proceeding | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert/Amy D. Brown | 1201 N. Orange Street | Suite 300 | Wilmington, DE 19801 | | abrown@gsbblaw.com rgellert@gsbblaw.com | First Class Mail Email |
| Party to Proceeding | Jacobs & Crumplar P.A. | Thomas Carl Crumplar/Raeann C Warner | 750 Shipyard Dr., Suite 200 | P.O. Box 1271 | Wilmington, DE 19899 | | raeann@jcdelaw.com tom@jcdelaw.com | First Class Mail Email |
| Party to Proceeding | Janet, Janet & Scuggs, LLC | Gerald D. Jowers, Jr. | 500 Taylor St., Suite 301 | Columbia, SC 29201 | | | GJowers@JJSJustice.com | First Class Mail Email |
| Party to Proceeding | Kaufman Lieb Lebowitz & Frick LLP | David A. Lebowitz | 10 East 40th Street | Suite 3307 | New York, NY 10016 | | dlebowitz@kllflaw.com | First Class Mail Email |
| Party to Proceeding | Kevin T. Stocker, Esq., PC | Kevin T. Stocker | 2645 Sheridan Dr | Tonawanda, NY 14150 | | | kstockeresq@yahoo.com | First Class Mail Email |
| Party to Proceeding | Lipsitz Green Scime Cambria LLP | Richard P. Weisbeck | 42 Delaware Avenue, Suite 120 | Buffalo, NY 14202 | | | rweisbeck@lgalaw.com | First Class Mail Email |
| Party to Proceeding | Pachulski Stang Ziehl & Jones LLP | | | | | | jstang@pszjlaw.com joneill@pszjlaw.com lcantor@pszjlaw.com rorgel@pszjlaw.com jlucas@pszjlaw.com ischarf@pszjlaw.com | Email |
| Party to Proceeding | Stark & Stark | Joseph H Lemkin | P.O. Box 5315 | Princeton, NJ 08543 | | | jlemkin@stark-stark.com | First Class Mail Email |
| Party to Proceeding | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | 919 North Market Street | Suite 1300 | Wilmington, DE 19801 | | jhh@stevenslee.com | First Class Mail Email |
| Party to Proceeding | The Neuberger Firm | Stephen J. Neuberger/Thomas S. Neuberger | 17 Harlech Drive | Wimington, DE 19807 | | | sjn@neubergerlaw.com tsn@neubergerlaw.com | First Class Mail Email |
| Party to Proceeding | The Rosner Law Group LLC | Jason A. Gibson | 824 Market Street, Suite 810 | Wilmington, DE 19801 | | | gibson@teamrosner.com | First Class Mail Email |
| Party to Proceeding | Thomas Law Offices, PLLC | Tad Thomas/Louis C. Schneider | 9418 Norton Commons Blvd. | Suite 200 | Louisville, KY 40059 | | lou.schneider@thomaslawoffices.com tad@thomaslawoffices.com | First Class Mail Email |
| Party to Proceeding | Tremont Sheldon Robinson Mahoney P.C. | Cindy L. Robinson | 64 Lyon Terrace | Bridgeport, CT 06604 | | | crobinson@tremontsheldon.com dmahoney@tremontsheldon.com | First Class Mail Email |