## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| BOY SCOUTS OF AMERICA | |
| Plaintiff, | Adv. Pro. No. 20-50527 (LSS) |
| v. | **Related Adv. Docket Nos. 6, 54, 77, 81** |
| A.A., et al.,[2] | |
| Defendants. | |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 9, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be served by the method set forth on the Service List attached hereto as **Exhibit A**.

- **Notice of Agenda of Matters Scheduled for Hearing on October 14, 2020, at 10:00 A.M. (ET)  [Adv. Docket No. 98].**

Dated: October 9, 2020

Colin Linebaugh
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 9th day of October, 20 20, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DAHLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] A full list of the Defendants in this adversary proceeding is included in redacted form on Exhibit A to the BSA's Verified Complaint for Injunctive Relief [Adv. D.I No. 1] to protect the privacy interests of abuse victims.

# **EXHIBIT A**

**Exhibit A**
Service List
Served as set forth below

| Description | Name | | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Adversary Party | Chipman Brown Cicero & Cole, LLP | Mark L. Desgrosselliers | Hercules Plaza | 1313 North Market Street | Suite 5400 | Wilmington, DE 19801 | desgross@chipmanbrown.com | First Class Mail |
| | | | | | | | | Email |
| Adversary Party | Emery Celli Brinckerhoff & Abady LLP | Debra L. Greenberger | 600 Fifth Avenue | 10th Floor | New York, NY 10020 | | dgreenberger@ecbalaw.com | First Class Mail |
| | | | | | | | | Email |
| Adversary Party | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert/Amy D. Brown | 1201 N. Orange Street | Suite 300 | Wilmington, DE 19801 | | abrown@gsbblaw.com | First Class Mail |
| | | | | | | | rgellert@gsbblaw.com | Email |
| Adversary Party | Jacobs & Crumplar P.A. | Thomas Carl Crumplar/Raeann C Warner | 750 Shipyard Dr., Suite 200 | P.O. Box 1271 | Wilmington, DE 19899 | | raeann@jcdelaw.com | First Class Mail |
| | | | | | | | tom@jcdelaw.com | Email |
| Adversary Party | Janet, Janet & Scuggs, LLC | Gerald D. Jowers, Jr. | 500 Taylor St., Suite 301 | Columbia, SC 29201 | | | GJowers@JJSJustice.com | First Class Mail |
| | | | | | | | | Email |
| Adversary Party | John R. Weaver, Jr. | | 831 North Tatnall Street | Suite 200 | Wilmington, DE 19801 | | jrweaverlaw@verizon.net | First Class Mail |
| | | | | | | | | Email |
| Adversary Party | Kaufman Lieb Lebowitz & Frick LLP | David A. Lebowitz | 10 East 40th Street | Suite 3307 | New York, NY 10016 | | dlebowitz@kllflaw.com | First Class Mail |
| | | | | | | | | Email |
| Adversary Party | Kevin T. Stocker, Esq., PC | Kevin T. Stocker | 2645 Sheridan Dr | Tonawanda, NY 14150 | | | kstockeresq@yahoo.com | First Class Mail |
| | | | | | | | | Email |
| Adversary Party | Lipsitz Green Scime Cambria LLP | Richard P. Weisbeck | 42 Delaware Avenue, Suite 120 | Buffalo, NY 14202 | | | rweisbeck@lgalaw.com | First Class Mail |
| | | | | | | | | Email |
| Adversary Party | Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah Mufson McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | hannah.mccollum@usdoj.gov | First Class Mail |
| | | | | | | | david.l.buchbinder@usdoj.gov | Email |
| Adversary Party | Pachulski Stang Ziehl & Jones | James Stang | | | | | jstang@pszjlaw.com | Email |
| Adversary Party | Pachulski Stang Ziehl & Jones | James E. O'Neill | | | | | joneill@pszjlaw.com | Email |
| Adversary Party | Pachulski Stang Ziehl & Jones | Linda F. Cantor | | | | | lcantor@pszjlaw.com | Email |
| Adversary Party | Pachulski Stang Ziehl & Jones | Robert B. Orgel | | | | | rorgel@pszjlaw.com | Email |
| Adversary Party | Pachulski Stang Ziehl & Jones LLP | John W. Lucas | | | | | jlucas@pszjlaw.com | Email |
| Adversary Party | Pachulski Stang Ziehl & Jones LLP | Ilan D. Scharf | | | | | ischarf@pszjlaw.com | Email |
| Adversary Party | Stark & Stark | Joseph H Lemkin | | | | | jlemkin@stark-stark.com | Email |
| Adversary Party | Stark & Stark | Joseph H Lemkin | P.O. Box 5315 | Princeton, NJ 08543 | | | jlemkin@stark-stark.com | First Class Mail |
| | | | | | | | | Email |
| Adversary Party | Stevens & Lee, P.C. | Joseph H. Huston, Jr. | 919 North Market Street | Suite 1300 | Wilmington, DE 19801 | | jhh@stevenslee.com | First Class Mail |
| | | | | | | | | Email |
| Adversary Party | The Neuberger Firm | Stephen J. Neuberger/Thomas S. Neuberger | 17 Harlech Drive | Wilmington, DE 19807 | | | sjn@neubergerlaw.com | First Class Mail |
| | | | | | | | tsn@neubergerlaw.com | Email |
| Adversary Party | The Rosner Law Group LLC | Jason A. Gibson | 824 Market Street, Suite 810 | Wilmington, DE 19801 | | | gibson@teamrosner.com | First Class Mail |
| | | | | | | | | Email |
| Adversary Party | Thomas Law Offices, PLLC | Tad Thomas/Louis C. Schneider | 9418 Norton Commons Blvd. | Suite 200 | Louisville, KY 40059 | | lou.schneider@thomaslawoffices.com | First Class Mail |
| | | | | | | | tad@thomaslawoffices.com | Email |
| Adversary Party | Tremont Sheldon Robinson Mahoney P.C. | Cindy L. Robinson | 64 Lyon Terrace | Bridgeport, CT 06604 | | | crobinson@tremontsheldon.com | First Class Mail |
| | | | | | | | dmahoney@tremontsheldon.com | Email |