# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |
| BOY SCOUTS OF AMERICA, <br><br>          Plaintiff, <br><br> v. <br><br> A.A., *et al.*, <br><br> Debtors. | Adv. Pro. No. 20-50527 (LSS) <br><br> **Related Adv. Docket No. 29** |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the law firm of Tremont Sheldon Robinson Mahoney P.C., on behalf of itself and all attorneys therein, hereby withdraws as counsel to Jane Doe in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the law firm of Robinson Mahoney PLLC, on behalf of itself and all attorneys therein, hereby enters its appearance as counsel to Jane Doe in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that the contact information for new counsel is as follows:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

        Cindy L. Robinson
        Doug Mahoney
        ROBINSON MAHONEY PLLC
        1210 Post Road
        Fairfield, Connecticut 06824
        Telephone:  (203) 692-2186
        Email:  crobinson@robinsonmahoney.com
                dmahoney@robinsonmahoney.com

**PLEASE TAKE FURTHER NOTICE** that the law firm of Chipman Brown Cicero & Cole, LLP remains as local Delaware counsel to Jane Doe and its representation is unaffected by this notice.

Dated: April 16, 2021
      Wilmington, Delaware

| **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>/s/ Mark L. Desgrosseilliers<br>Mark L. Desgrosseilliers (No. 4083)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Email:  desgross@chipmanbrown.com<br><br>-and-<br><br>Cindy L. Robinson<br>Doug Mahoney<br>**ROBINSON MAHONEY PLLC**<br>1210 Post Road<br>Fairfield, Connecticut 06824<br>Telephone:  (203) 692-2186<br>Email: crobinson@robinsonmahoney.com<br>       dmahoney@robinsonmahoney.com<br><br>*Counsel to Jane Doe* | **TREMONT SHELDON ROBINSON MAHONEY P.C.**<br><br>/s/ Robert R. Sheldon – 056758<br>64 Lyon Terrace<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 335-5145<br><br>*Former Counsel to Jane Doe* |
|---|---|