# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10342 (LSS)<br><br>Case No. 20-10343 (LSS)<br><br>Case No. 20-50527 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

Counsel for the Kentucky Claimants in the above-referenced proceeding hereby provides notice of service of discovery requests directed to Boy Scouts of America.

Respectfully submitted,

*/s/ Louis C. Schneider, Esq.*
Louis C. Schneider, Esq.
THOMAS LAW OFFICES, PLLC
250 East Fifth Street, Suite 440
Cincinnati, OH 45202
Ph: (513) 360-6480
Fax: (502) 495-3943
Lou.schneider@thomaslawoffices.com
*Attorney for the Kentucky Creditors*

*/s/Raeann Warner, Esq.*
Raeann Warner, Esq. (#4931)
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
Telephone: (302) 656-5445
Facsimile: (302) 656-5875
E-mail: Raeann@jcdelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 8th day of October, 2021 upon counsel for Boy Scouts of America via electronic mail.

*/s/ Louis C. Schneider, Esq.*
Louis C. Schneider, Esq. (admitted *pro hac vice*)

*/s/Raeann Warner, Esq.*
Raeann C. Warner, Esq. (# 4931)