## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |
| BOY SCOUTS OF AMERICA, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 20-50527 (LSS) |
| A.A., *et al.*, | |
| Defendants. | |

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 10, 2021, AT 10:00 A.M. EASTERN TIME

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by November 10, 2021, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsfuGprjwuHG0SdKIdI0IzXJJHVvPun9E**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: Boy Scouts of America

**Time: November 10, 2021, at 10:00 a.m. Eastern Time (US and Canada)**

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]   **Amended items appear in bold.**

MATTERS UNDER CERTIFICATION:

1.    Debtors' Motion for Entry of an Order Approving the Stipulation Granting Edward G. Mills II and Sherilyn Applewhite Relief from the Automatic Stay (D.I. 6753, filed 10/21/21).

    Objection Deadline:   November 3, 2021, at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

    a)    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Approving the Stipulation Granting Edward G. Mills II and Sherilyn Applewhite Relief from the Automatic Stay (D.I. 6964, filed 11/04/21); and

    b)    Order Approving the Stipulation Granting Edward G. Mills II and Sherilyn Applewhite Relief from the Automatic Stay (D.I. 7012, filed 11/08/21).

    Status: An order has been entered. No hearing is necessary.

2.    Debtors' Motion for Entry of an Order Approving Settlement Agreement with RSUI Indemnity Company and Certain Underwriters at Lloyd's, Syndicates 2623/623 in Connection with Certain Pending Non-Abuse Litigation (D.I. 6641, filed 10/15/21).

    Objection Deadline:   October 29, 2021, at 4:00 p.m. (ET).

    Responses Received:

    a)    Girl Scouts of the United States of America's Limited Response to Debtors' Motion for Entry of an Order Approving Settlement Agreement with RSUI Indemnity Company and Certain Underwriters at Lloyd's, Syndicates 2623/623 in Connection with Certain Pending Non-Abuse Litigation (D.I. 6870, filed 10/29/21).

    Related Pleadings:

    a)    Certification of Counsel Regarding Debtors' Motion for Entry of an Order Approving Settlement Agreement with RSUI Indemnity Company and Certain Underwriters at Lloyd's, Syndicates 2623/623 in Connection with Certain Pending Non-Abuse Litigation (D.I.6988, filed 11/08/21); and

    b)    Order Approving Settlement Agreement with RSUI Indemnity Company and Certain Underwriters at Lloyd's, Syndicates 2623/623 in Connection with Certain Pending Non-Abuse Litigation (D.I. 7025, filed 11/08/21).

    Status: An order has been entered. No hearing is necessary.

MATTERS GOING FORWARD

3.      Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions LLC (D.I. 6380, filed 9/27/21).

        Objection Deadline:    None.

        Responses Received:

        a)      Century's Objection to Marc J. Bern & Partners' Motion to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 6598, filed 10/12/21).

        Related Pleadings:

        a)      Letter from William D. Sullivan, Esq. to the Honorable Chief Judge Laurie Selber Silverstein regarding Marc J. Bern & Partners, LLC Motion to Quash (D.I. 6651, filed 10/18/21);

        b)      Reply in Support of Motion of Marc J. Bern & Partners LLC to Quash Subpoena to Produce Documents Issued to KLS Legal Solutions, LLC (D.I. 6873, filed 10/29/21); and

        c)      Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21).

        Status: The parties have agreed to adjourn this matter to the week of November 15, subject to the Court's availability.

4.      The Allianz Insurers' Motion for Relief from the Automatic Stay (D.I. 6623, filed 10/14/21).

        Objection Deadline:    October 28, 2021, at 4:00 p.m. (ET).

        Responses Received:

        a)      Debtors' Objection to the Allianz Insurers' Motion for Relief from the Automatic Stay (D.I. 6825, filed 10/28/21);

        b)      Joinder of the Creditors' Committee to the Debtors' Objection to the Allianz Insurers' Motion for Relief from the Automatic Stay [Dkt. No. 6623] (D.I. 6826, filed 10/28/21);

        c)      Objection of the Future Claimants' Representative and the Coalition of Abused Scouts for Justice to the Allianz Insurers' Motion for Relief from the Automatic Stay and Joinder in Debtors' Opposition Thereto (D.I. 6827, filed 10/28/21); and

d)      Joinder of Continental Insurance Company to the Allianz Insurers' Motion for Relief from the Automatic Stay (D.I. 6856, filed 10/29/21).

Related Pleadings:

a)      Declaration of Todd C. Jacobs in Support of the Allianz Insurers' Motion for Relief from the Automatic Stay (D.I. 6625, filed 10/14/21); and

b)      The Allianz Insurers' Reply in Support of Their Motion for Relief from the Automatic Stay (D.I. 6986, filed 11/7/21).

Status: This matter is going forward.

5.      Debtors' Motion for Entry of an Order Modifying the Automatic Stay on a Limited Basis Solely to the Extent Necessary to Facilitate Local Council Settlement Contributions to the Settlement Trust Under the Plan (D.I. 6749, filed 10/20/21).

Objection Deadline:    November 3, 2021, at 4:00 p.m. (ET)

Responses Received:

a)      [SEALED] Claimant #39's Verified Objection to Debtors' Motion for Entry of an Order Modifying the Automatic Stay on a Limited Basis Solely to the Extent Necessary to Facilitate Local Council Settlement Contributions to the Settlement Trust Under the Plan (D.I. 6866, filed 10/29/21); and

b)      [REDACTED] Claimant #39's Verified Objection to Debtors' Motion for Entry of an Order Modifying the Automatic Stay on a Limited Basis Solely to the Extent Necessary to Facilitate Local Council Settlement Contributions to the Settlement Trust Under the Plan (D.I. 6867, filed 10/29/21).

Related Pleadings:

a)      Reply in Support of Debtors' Motion for Entry of an Order Modifying the Automatic Stay on a Limited Basis Solely to the Extent Necessary to Facilitate Local Council Settlement Contributions to the Settlement Trust Under the Plan (D.I. 6970, filed 11/04/21).

Status: This matter is going forward.

6.      Letter to the Honorable Chief Judge Laurie Selber Silverstein Seeking an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 6813, filed 10/27/21).

Objection Deadline:    November 3, 2021, at 10:00 a.m. (ET).

Responses Received:

a)      Letter to the Honorable Chief Judge Laurie Selber Silverstein in Response to Century's Letter Seeking an Order to Compel Verus to Produce Privileged Information (D.I. 6945, filed 11/3/21);

b)      Affidavit of Mark Eveland in Opposition to Century's Request to Compel Verus, LLC (D.I. 6946, filed 11/3/21); and

c)      Notice of Joinder of Andrews & Thornton, Attorneys at Law, and ASK LLP to Docket Nos. 6380, 6873, and 6945 (D.I. 6956, filed 11/03/21).

Related Pleadings:

a)      Declaration of Stamatios Stamoulis in Support of Century's Request to Compel Verus, LLC (D.I. 6814, filed 10/27/21);

b)      Letter to the Honorable Chief Judge Laurie Selber Silverstein in Reply Further Supporting an Order Compelling Verus LLC to Comply with a Subpoena (D.I. 7052, filed 11/09/21); and

c)      Declaration of Stamatios Stamoulis in Support of Century's Motion to Compel Production by Verus, LLC to Comply with Century's Rule 2004 Subpoena (D.I. 7054, filed 11/09/21).

Status: The parties have agreed to adjourn this matter to the week of November 15, subject to the Court's availability.

7.      [SEALED] Letter to the Honorable Chief Judge Laurie Selber Silverstein from Adrian Azer and Derek C. Abbott to Respectfully Request the Court Compel Certain of the Debtors' Insurers to Produce Documents (D.I. 6953, filed 11/03/21).

Objection Deadline:     November 6, 2021.

Responses Received:

a)      **[WITHDRAWN]** [SEALED] Letter to the Honorable Chief Judge Laurie Selber Silverstein from the Tort Claimants Committee to Respectfully Request the Court Compel Certain of the Debtors' Insurers' and Hartford to Produce Documents (D.I. 6968, filed 11/04/21);

b)      **[WITHDRAWN]** [REDACTED] Letter to the Honorable Chief Judge Laurie Selber Silverstein from the Tort Claimants Committee to Respectfully Request the Court Compel Certain of the Debtors' Insurers' and Hartford to Produce Documents (D.I. 6969, filed 11/04/21);

c)      Letter to the Honorable Chief Judge Laurie Selber Silverstein from James P. Ruggeri Regarding Response to the Brief Submitted by the Official Committee of Tort Claimants Seeking to Compel the Production of Documents (D.I. 7007, filed 11/08/21);

    d)       Letter to the Honorable Chief Judge Laurie Selber Silverstein from Kim V. Marrkand in Opposition to Letter from Adrian Azer and Derek C. Abbott Seeking to Compel Certain of the Debtors Insurers to Produce Documents (D.I. 7019, filed 11/08/21)

Related Pleadings:

    a)       [REDACTED] Letter to the Honorable Chief Judge Laurie Selber Silverstein from Adrian Azer and Derek C. Abbott to Respectfully Request the Court Compel Certain of the Debtors' Insurers to Produce Documents (D.I. 6954, filed 11/03/21);

    b)       [WITHDRAWN] Letter to the Honorable Chief Judge Laurie Selber Silverstein from the Future Claimants' Representative Joining Debtors' Request to the Court to Compel Certain of the Debtors' Insurers to Produce Documents (D.I. 7030, filed 11/08/21); and

    c)       Letter to the Honorable Chief Judge Laurie Selber Silverstein from the Adrian Azer and Derek C. Abbott Regarding Production of Insurer TDP Communications and Designation of Documents as Highly Confidential (D.I. 7031, filed 11/08/21).

**Status: This matter is resolved as between the Debtors and the Insurers listed on Exhibit A of the Debtors' letter (D.I. 6953). This matter is resolved between the TCC and Hartford.**

ADVERSARY PROCEEDING; *Adv. Pro. No. 20-50527 (LSS)*:

MATTER UNDER CERTIFICATION:

8.       Sixth Stipulation By and Among the Boy Scouts of America, the Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period (A.D.I. 193, filed 10/4/21).

Objection Deadline:   October 18, 2021, at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

    a)       Certificate of No Objection Regarding Sixth Stipulation By and Among the Boy Scouts of America, the Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period (A.D.I. 197, filed 10/29/21); and

    b)      Order Approving Sixth Stipulation By and Among the Boy Scouts of America, the Official Committee of Survivors of Abuse, and the Official Committee of Unsecured Creditors Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction Pursuant to 11 U.S.C. §§ 105(a) and 362 and Further Extending the Termination Date of the Standstill Period (A.D.I. 199, filed 11/08/21).

    <u>Status</u>: An order has been entered. No hearing is necessary.

Dated:  November **10**, 2021
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com
ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION