IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| BOY SCOUTS OF AMERICA<br><br>              Plaintiff,<br>v.<br><br>A.A., et al.,<br><br>              Defendants. | Adv. Pro. No. 20-50527 (LSS) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 17, 2021, at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the party listed in **Exhibit A**:

- **Boy Scouts of America's Response to A.S.'s Request to Modify the Preliminary Injunction** [Adv. Docket No. 210]

Dated: December 20, 2021

                                                          Randy Lowry

{State of California        }
{                                 } ss.
{County of Los Angeles   }

Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

Subscribed and sworn to (or affirmed) before me on this 20th day of December, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public  California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

# **EXHIBIT A**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC - Service List to First Class Mail Recipient**   **Served 12/17/2021**

1 PRO SE AND/OR INCARCERATED PARTY WAS SERVED. THE NAME AND ADDRESS OF THIS PARTY IS NOT STATED TO MAINTAIN CONFIDENTIALITY.